**BLOUNT BROTHERS CONSTRUCTION COMPANY et al.,**

v.

**UNITED STATES of America for the Use of GENERAL ELECTRIC COMPANY.**

No. 6626.

United States Court of Appeals
Tenth Circuit.

Jan. 24, 1961.

Vincent A. Ross and William R. Buge, Cheyenne, Wyo., and B. J. Smith, Dallas, Tex., for appellants.

John F. Shafroth, Denver, Colo., and Paul B. Godfrey, Cheyenne, Wyo., for appellee.

Before BREITENSTEIN, Circuit Judge, and ARRAJ, District Judge.

PER CURIAM.

Appeal dismissed January 24, 1961, on motion of appellants, counsel for appellee consenting thereto.

**John A. BENNETT,**

v.

**Colonel Weldon W. COX, Commandant, United States Disciplinary Barracks, Leavenworth, Kansas.**

No. 6619.

United States Court of Appeals
Tenth Circuit.

Jan. 17, 1961.

J. S. Williams, Danville, Va., for appellant.

Major James C. Waller, Jr., Office of Judge Advocate General, Department of Army, Washington, D. C., and Wilbur G. Leonard, U. S. Atty., Topeka, Kan., for appellee.

Before MURRAH, Chief Judge, and BREITENSTEIN, Circuit Judge.

PER CURIAM.

Appeal dismissed on court's own motion January 17, 1961, for failure of appellant diligently to prosecute.

**J. L. PUTMAN, Jr., et al.,**

v.

**HARDWARE MUTUAL CASUALTY COMPANY.**

No. 6555.

United States Court of Appeals
Tenth Circuit.

Jan. 27, 1961.

Gus Rinehart, Oklahoma City, Okl., and Austin R. Deaton, Jr., Ada, Okl., for appellants.

John D. Cheek, Oklahoma City, Okl., and Albert W. Trice, Ada, Okl., for appellee.

Before HUXMAN, PICKETT and LEWIS, Circuit Judges.

PER CURIAM.

Appeal dismissed January 27, 1961, pursuant to stipulation.